IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIVERDEEP, INC., <br><br>  Plaintiff, <br><br>  v. <br><br> COKEM INTERNATIONAL, LTD. and CHUCK BOND <br><br>  Defendants. <br> _____ / | No. C 06-04340 WHA <br><br> **ORDER GRANTING EXPEDITED HEARING ON PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER** |

The Court has reviewed plaintiff Riverdeep Inc.'s moving papers in support of its motion for temporary restraining order against defendants Cokem International, Ltd. and Chuck Bond and finds that good cause exists to shorten time for hearing plaintiff's motion.

Defendants shall respond to plaintiff's motion by August 9, 2006, *provided that* plaintiff serves defendants with copies of all documents filed so far in this action, including the complaint, the instant motion, and this order by no later than noon on August 2, 2006. Plaintiff shall submit its reply by August 14, 2006. Hearing on plaintiff's motion will be held on August 17, 2006 at 8:00 a.m.

**IT IS SO ORDERED.**

Dated: July 31, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE