IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIVERDEEP, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COKEM INTERNATIONAL, LTD. and<br>CHUCK BOND<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | No. C 06-04340 WHA<br><br>**ORDER RE REQUEST<br>TO STAY ACTION** |

　　　This action is one of two pending between these parties in the federal courts. The other action is pending in the United States District Court for the District of Minnesota. CV 06-0331. In this action, defendants have filed a motion to dismiss for lack of personal jurisdiction and a motion to compel arbitration, which are scheduled for hearing on September 28, 2006. The parties now submit a stipulated proposed order to submit to venue in Minnesota, to take the pending motions off calendar in this Court, and to "stay" this action pending resolution by the Minnesota court of the issue of arbitrability. The Court would like justification from the parties why this action should be stayed rather than simply dismissed without prejudice to re-file should the Minnesota court be unable to adjudicate the parties' disputes. Accordingly, by no later than noon on September 8, 2006, this order requests briefing from each side of no more than two pages as to why this action should not be dismissed. Until then, the pending motions remain on calendar for September 28.

　　　**IT IS SO ORDERED.**

Dated: September 6, 2006

　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE